# FILED
*LAL*

Apr 5, 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff )
    v.           )   No. 05 CR 564-2
              )   Judge Samuel Der Yeghiayan
MIGUEL RAMIREZ,       )
        Defendant. )

## CERTIFICATE OF SERVICE AND NOTICE OF FILING

To:  Julie B. Ruder, Esq.
    Assistant United States Attorney
    219 S. Dearborn Street, 5th Floor
    Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on Wednesday, April 5, 2006, we filed the

the attached motion:

    *DEFENDANT RAMIREZ'S EXHIBITS TO SUPPLEMENT DOCUMENT 30,
DEFENDANT RAMIREZ' SENTENCING MEMORANDUM*

           Respectfully submitted:

           By:  s/ Andréa E. Gambino
              Attorney for Miguel Ramirez

Law Offices of Andréa E. Gambino
53 W. Jackson Blvd., Suite 926
Chicago, Illinois 60604
(312) 322-0014

STATE OF ILLINOIS    )
            )  SS:
COUNTY OF COOK    )

    I, _____, state that on the 5th day of April 2006, I caused
copies of the foregoing Notice of Filing, and attached document to be served
upon counsel for the government and the probation officer above named by
hand-delivery.

FILED

Apr 5, 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                     Plaintiff   )
            v.               )     No. 05 CR 564-2
                             )     Judge Samuel Der Yeghiayan
MIGUEL RAMIREZ,          )
                 Defendant. )

## DEFENDANT RAMIREZ' EXHIBITS FOR DOCUMENT 30
## DEFENDANT RAMIREZ' SENTENCING MEMORANDUM

DEFENDANT MIGUEL RAMIREZ, by his attorney, Andréa E. Gambino,

respectfully submits the attached exhibits in support of his Sentencing

Memorandum, electronically filed as document number 30.

DATE:     April 5, 2006         Respectfully submitted,

                               By:   s/Andréa E. Gambino
                                  Attorney for Miguel Ramirez

Law Offices of Andréa E. Gambino
53 W. Jackson Blvd., Suite 926
Chicago, Illinois 60604

**EXHIBIT 1**

Rosalia Chaves wife of Miguel Ramirez

I write this letter to describe how is my husband. My husband is a very
loving person. He gave a lot of love to me and his son whom also loves
him. Every day my son asks me for his dad, this is why I'm letting you
know that my husband had always played with his son and his little
brother. Miguel used to take his son and little brother to the park. He
used to always work. And for that reason I'm asking you please do not
keep him locked up we want him with us, his family. Everybody likes
him and we need him with us.

Wife and Family,
5012 S. Marshfield
Chicago IL 60809
(773) 925-8082
(773) 297-1524

ROSALIA CHAVEZ esposa de miguel Ramirez
escribo esta Carta Para describir como
es mi esposo el es MUY Carinoso
Por que el a dado mucho cariño ami y
a su hijo que tambien lo quere
todos los dias el me Pregunda Por
Su Papapa Poreso les dio que
mi esposo siempre a Jugado con
su hijo Y su hermanito Y
los lleva al Parque el trabajaba
Siempre Y Por eso les Pedimos
no lo tengan encerrada Queremos
que el este Con nosotros su
Familia Y todos lo hemos querido
Y lo neccidamos Con nosotros

esposa e Familia

JORE S. Marshfiedd
Chicago IL
Cip 60609

773-9-25-8082

773-297-15-24

**EXHIBIT 2**

To whom it May Concern:

My brother Miguel always was good with me. He liked to play alot with me. When I needed help with my homework he helped me. He liked to take me to stores on weekends. Also to restaurants. He was good with the family. Now that he is in jail im sad and I would like him to come back. So it could be like the old times. Because I have always loved him

with love,
Daniel Ramirez
Miguel's brother

5012 S. Marshfield
Chicago IL 60609

(773) 9-25-80-82

**EXHIBIT 3**

To whom it may concern,

    I write this letter because to say that my brother he has always been a good person. He didn't like to cause problems. He was good with the family. He needs his family. And his son.

            Sincearly,
        Veronica Valtierrez
        Veronica Valtierrez

(708) 656-5217
(773) 991-7855

To whom it may concern,

I the mom of Miguel Ramirez. Is saying that Miguel needs his child to see him grow. Because his son always ask for my son Miguel. When Miguel's son goes to school Miguel could help him with his homework.

Sincearly,
Rosa Ramirez

tel. 773 - 925-80-82

(773) - 895 - 56 - 88

**EXHIBIT 4**

7426

**JESUS R. DADIVAS, M.D.**
3554 W. Armitage Ave., Chicago, IL 60647 * Tel: (773) 772 - 8770

NAME _Rosalia CHAVEZ_ DATE _2/27/06_

To whom it may concern:

This serves to certify that Ms. ROSALIA CHAVEZ has been under my care since 9/29/05 for Seizure Disorder (Rx — (Dilantin 100 3x (DAY)) She develops Gran Mal attacks whenever she runs out of medications.

☐ MAY SUBSTITUTE _____ M.D. DEA # _____

☐ MAY NOT SUBSTITUTE _____ M.D. _____

**FAMILY FARMACIA INC.**
4242 W. Armitage, Chicago, IL 60639 * Tel: (773) 227 - 8874 * Fax: (773) 227 - 8284

**EXHIBIT 5**

February 23, 2006

To Whom It May Concern:

I wanted to let you know with this letter that I known Mr. Miguel Ramirez from some time already. Since the time I've known him I saw in him a serious person and with respect. I never saw him having problems I've always seen him as an educated person and without conflicts of any kind. I used to be his neighbor and my address was 5023 S. Marshfield, Chicago, Illinois. Today I live in 508 Englewood Ave., Bellwood, Illinois.

Sincerely,

M. Alicia Estrada
(708) 544-5218
(773) 736-1984

A Quien Corresponda,                          Feb. 23, 2006

        Quisiera comunicarles a ustedes por medio
de esta carta que conosco a el senor Miguel Ramirez.
Desde hace algun tiempo, en el tiempo que lo conoci vi en el
una persona seria y de respeto. Nunca lo vi teniendo
problemas siempre vi una persona educada y sin
contiendias de ninguna clase  y de ninguna indole.

 Yo fui vecina de el y mi direccion era 5023 S. Marshfield en
Chicago Illinois hoy vivo en 508 Englewood ave. En
Bellwood Illinois.

                                  Sinceramente,
                                  M. Alicia Estrada
                                  *M Alicia Estrada*

(708) 544-5218
(773) 736-1984

**EXHIBIT 6**

Staffing Network
7629 W 63RD
Summit, Il 60501
708-496-1110 Phone
708-496-1114 Fax


02/14/06

To Whom It May Concern:


This letter is to confirm that Mr. Miguel Valtierrez Was employed by
Staffing Network
  From 08/15/01 until 08/29/04 .He was working, as of General Labor, with
different pay rates, He was a very good employee, never had any complaints.

If you have any questions please feel free to contact us at anytime.




Sincerely Yours
*Maria Serrano*   2/14/06

Maria Serrano
CSR/DISPATCHER

**EXHIBIT 7**

February 26, 2006


To Whom it May Concern:


Miguel Baltierrez was employed by me as a construction laborer during spring and summer of 2002 and 2003 working in the Chicago area, Wisconsin and Indiana.

His skills as a laborer are very good, he is very punctual, and performs all assigned tasks very well. I would not hesitate to recommend him for employment as a construction laborer.

Sincerely,

Antonio Casillas
(773) 255-4743

**EXHIBIT 8**

 **Staff Right, Inc.**

4602 S. Pulaski Road - Chicago, IL 60632
Phone: 773-254-8808  Fax: 773-254-8891

February 14, 2006

**Reg: Miguel Valtierrez**

To Whom It May Concern:

This letter is to verify employment for Miguel Valtierrez. Miguel worked for Staff Right from July 20, 2004 thru July 26, 2004. He is not currently working for our service. If you have any questions or need any more information, feel free to call me at 773-254-8808.

Attentively,

Maria Carrillo

**Staff Right, Inc.**



Industrial **Staffing** Services, Inc.
Flexible **Staffing** Services, Inc.

**Illinois**
708-410-1300

**Kansas**
913-254-7636

**North Carolina**
336-794-3253

**Wednesday, February 15, 2006**

**Re: Miguel Valtierrez**
**SS#: 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**

**To Whom It May Concern:**

**This letter is to verify that Miguel Valtierrez; SS#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 was employed by Industrial Staffing Services, Inc. from September 28, 2004 until November 7, 2004. If you should have any questions, please feel free to contact me at (708)410-1300.**

Sincerely,

**Elsie Padilla**
**Assistant to the President**

*Staffing Solutions Working Together*